## SHULI GRAHAM *v.* DENNIS J. GRAHAM
## (13578)

O'Connell, Landau and Schaller, Js.

Argued April 2—officially released April 30, 1996

Per Curiam. The judgment is affirmed.

## LESLIE SRAGER ET AL. *v.* ELLIOT KOENIG ET AL.
## (14500)

O'Connell, Lavery and Heiman, Js.

Argued April 3—officially released April 30, 1996

Per Curiam. The judgment is affirmed.

## COUNTRYWIDE FUNDING CORPORATION *v.* ISAAC L. SMITH ET AL.
## (15325)

Dupont, C. J., and Lavery and Heiman, Js.

Argued April 3—officially released April 30, 1996

Per Curiam. The judgment is affirmed.

## SHARON E. WEBSTER *v.* DANIEL G. WEBSTER
## (14361)

Foti, Lavery and Schaller, Js.

Argued April 23—officially released May 14, 1996

Per Curiam. The judgment is affirmed.